IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| MALLINCKRODT LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. NO. 11-CV-201 |
| v. ) | |
| ) | |
| STAT RX USA, LLC; ) | |
| STAT RX USA, LLC (FLORIDA); ) | |
| and JOHN DOES 1 through 10, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Mallinckrodt Inc. hereby voluntarily dismisses with prejudice its claims against Defendants STAT Rx, LLC, STAT Rx, USA, LLC (Florida), and John Does 1 through 10.

Dated: February 9, 2012

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

/s/ Jeffrey J. Toney
John L. North
Georgia Bar No. 545580
Jeffrey J. Toney
Georgia Bar No. 714615
Jonathan K. Waldrop

        Georgia Bar No. 731103
        Daniel A. Cohen
        Georgia Bar No. 173474
        One Midtown Plaza - Suite 1150
        1360 Peachtree Street, N.E.
        Atlanta, Georgia 30309
        Telephone: 404-260-6080
        Facsimile:  404-260-6081

*Attorneys for Plaintiff Mallinckrodt LLC*

## **CERTIFICATE OF SERVICE**

I do hereby certify that I have this day served the within and foregoing **NOTICE OF VOLUNTARY DISMISSAL** by U.S. mail, postage prepaid, and e-mail to the following counsel:

> J. Rice Ferrelle, Jr.
> Murphy & Anderson, P.A.
> Bank of America Tower
> 50 North Laura Street, Suite 1675
> Jacksonville, FL 32202
> rferrelle@murphyandersonlaw.com
> Tel. 904-598-9282
> Fax 904-598-9283

Date:  February 9, 2012

/s/ Jeffrey J. Toney
Jeffrey J. Toney